No. 81–1399. CITY OF LOS ANGELES, DEPARTMENT OF WATER AND POWER, ET AL. *v.* MANHART ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case re-

manded for further consideration in light of *Hensley* v. *Eckerhart, ante,* p. 424.